IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | CONSOLIDATED UNDER MDL DOCKET NO. 875 |
| BARTEL, ET AL. v. VARIOUS DEFENDANTS | : : : : : | Certain cases on the 02-md-875 Maritime Docket (MARDOC), listed in the attached exhibits |

## O R D E R

**AND NOW**, this **26th** day of **August, 2013**, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

(1) The motions to dismiss for lack of personal jurisdiction listed in Exhibit "A," attached, are **GRANTED**, and the defendants who filed the motions are **DISMISSED** from the cases; and

(2) The motions to dismiss due to improper service of process listed in Exhibit "B," attached, are **DENIED**.

**AND IT IS SO ORDERED**

_____
**EDUARDO C. ROBRENO, J.**